# CHITTUR & ASSOCIATES, P.C.

Attorneys & Counselors at Law
Central Westchester Business Park
500 Executive Boulevard, Suite 305
Ossining, New York 10562
Tel: (914) 944-4400 Fax: (914) 840-8537
Email: kchittur@chittur.com Web: www.chittur.com

June 13, 2014

**VIA ECF**

Hon. Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

Re: *Ritchie v. Northern Leasing Systems, Inc.*, Docket No. 12-cv-04992 (KMK)

Your Honor:

On behalf of Plaintiff, we request that the Court schedule a conference for entering a Case Management Plan and Scheduling Order expeditiously.

I have requested Defendants' counsel for a "meet and confer" in accordance with Rule 26(f), Fed. R. Civ. P., but Defendants' counsel never responded.  As a result, the case, which is already two years old, is in limbo.  Plaintiff is anxious to proceed to trial and enforce Defendants' accountability before a jury.

Accordingly, a conference may be scheduled at the Court's earliest convenience. Thank you for Your Honor's attention.

Respectfully submitted,

Sd/

Krishnan S. Chittur, Esq.

Cc:     Robert Lillienstein, Esq. (Via ECF)