

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Robert D. Lillienstein
Direct: 212.554.7807
rlillienstein@mosessinger.com

November 12, 2015

**VIA ECF**

Hon. Katherine B. Forrest
United States District Court for the
Southern District of New York
U.S. Courthouse
500 Pearl Street, Courtroom 15A
New York, NY 10007

     Re: *Ritchie v. Northern Leasing Systems, Inc.*; No. 12-cv-4992 (KBF)(HBP);

Dear Judge Forrest:

  I write in response to Mr. Chittur's letter of this afternoon (ECF 236).  In his desperate attempt to salvage his credibility, Mr. Chittur has once again engaged in shameful dissembling to this Court.

  Mr. Chittur explains his request for an adjournment of the October 21, 2015 mediation conference with Magistrate Judge Pitman with the following excuse:

> On the date that the Magistrate Judge scheduled the conference (October 21, 2015), we were schedule to go on trial in another three year old lawsuit in the N.Y. City Civil Court, N.Y. County (Northern Leasing v. Leite, (Index No. 22033/12).  The trial had already been adjourned (at Northern Leasing's instance) twice earlier, and we believed that the trial would proceed as scheduled.

  In fact, the *Leite* trial date was set by N.Y.C. Civil Court Judge Paul Goetz **on July 1, 2015**.[1]  The October 21, 2015 mediation conference was scheduled during a conference call with Mr. Chittur and Magistrate Judge Pitman **on September 22, 2015**.  In other words, Mr. Chittur agreed to the October 21, 2015 mediation conference knowing that the *Leite* trial was scheduled for the same date.  He had to know that he would have to ask for an adjournment of the October 21st mediation conference at the time he agreed to it -- that is, if he truly planned to appear in the Civil Court on October 21st for the *Leite* trial.  In fact, Mr. Chittur did not make an appearance in the Civil Court for the *Leite* case on October 21, 2015.  According to Elliott Babbad, the attorney who handles most Civil Court appearances for Northern

---

[1]  I have confirmed that the October 21st trial date was set on July 1st with Eliyahu Babbad, the attorney from the office of Joseph I. Sussman who was present in Civil Court on July 1, 2015 with Mr. Chittur's associate, Andrey Strutinskiy.  Attached to this letter is a printout from the New York Civil Court ecourts website that confirms that the October 21st trial date was rescheduled from July 1, 2015.



Hon. Katherin B. Forrest
November 12, 2015
Page 2

Leasing, that appearance, like virtually all Civil Court appearances involving Chittur & Associates, was handled by Mr. Strutinskiy alone.

Another example of Mr. Chittur's dissembling is his demonstrably false statement that "Northern Leasing was not interested in even talking settlement in any case where [Chittur & Associates] was involved." As Mr. Chittur knows well, Northern has settled several cases with his clients and has made several settlement offers to other clients.  Indeed, in the related Angermeir case (12-cv-0055), one of the Plaintiffs (Marrou) accepted Northern's settlement offer, which settlement was finalized in October 2014.  Three other Plaintiffs rejected Northern Leasing's settlement offers.[2]

While it certainly is true that Northern has no interest in rewarding Mr. Chittur for bringing patently frivolous cases against Northern[3], its affiliates, its employees and its attorneys, as he has done repeatedly over the years, Northern Leasing carefully evaluates all relevant facts and makes informed business decisions regarding settlement in each case.  Mr. Chittur's suggestion that Northern is never interested in talking settlement with him is, like his other statements to this Court, demonstrably false.

                                             Respectfully submitted,

                                             /s/

                                             Robert D. Lillienstein

cc: Krishnan Chittur, Esq. (via ECF)

---

[2]  The claims of the three *Angermeir* plaintiffs who rejected settlement offers were dismissed by this Court as a result of their willful failure to comply with multiple orders directing them to provide discovery.  The Court may recall that Mr. Chittur's conduct in that case was also questionable.

[3]  In the *Kollars* case to which Mr. Chittur refers, Mr. Kollars had admitted signing the lease in several court papers leading up to the trial, and even asserted a counterclaim alleging that he was fraudulently induced to sign the lease.  A motion to set aside the jury verdict in that case is currently *sub judice*.

2945586v3 011082.0151







# WebCivil Local - Appearance Detail

| Court: | **New York County Civil Court** |
|---|---|
| Index Number: | **CV-022033-12/NY** |
| Case Name: | **NORTHERN LEASING SYSTEMS, INC. vs. LEITE, MICHELLE, AKA MICHELE C LATELLA, AKA MICHELLE LEITE** |
| Case Type: | **Civil** |

**Appearance Information:**

| Appearance Date | Time | Purpose | Appearance Outcome | Judge / Part | Motion Seq |
|---|---|---|---|---|---|
| 10/21/2015 | 09:30 AM | Trial: Jury | Marked Off | Honorable Paul A. Goetz<br>Part 5FS - Jury Forum Selection | |
| 10/21/2015 | 09:30 AM | Motion | Granted to Extent per Order | Honorable Paul A. Goetz<br>Part 30FS | 005 |
| 10/21/2015 | 09:30 AM | Motion | Granted to Extent per Order | Honorable Paul A. Goetz<br>Part 34FS | 004 |
| 07/01/2015 | 09:30 AM | Trial: Jury | Adjourned | Honorable Paul A. Goetz<br>Part 5FS - Jury Forum Selection | |
| 07/01/2015 | 09:30 AM | Motion | Adjourned | Honorable Paul A. Goetz<br>Part 34FS | 004 |
| 04/28/2015 | 09:30 AM | Trial: Jury | Adjourned | Honorable Alexander M. Tisch<br>Part 5 Civil Jury | |
| 01/13/2015 | 09:30 AM | Trial: Jury | Adjourned | Honorable James D'Auguste<br>Part 5 Civil Jury | |
| 09/16/2014 | 09:30 AM | Trial: Jury | Adjourned | Honorable James D'Auguste<br>Part 5 Civil Jury | |
| 05/22/2014 | 09:30 AM | Trial: Bench | Adjourned | Honorable Jose A. Padilla<br>Part 5 Civil Jury | |



Hon. Katherin B. Forrest
November 12, 2015
Page 4

| | | | | | |
|---|---|---|---|---|---|
| 11/13/2013 | 09:30 AM | Trial: Jury | Marked Off | Honorable Debra Rose Samuels<br>Part 5 Civil Jury | |
| 11/12/2013 | 09:30 AM | Motion | Submitted | Honorable Robert R. Reed<br>Part 30 - Procedural Motions | 003 |
| 10/16/2013 | 09:30 AM | Motion | Denied | Honorable Nancy M. Bannon<br>Part 30 - Procedural Motions | 002 |
| 10/16/2013 | 09:30 AM | Motion | Granted | Honorable Nancy M. Bannon<br>Part 30 - Procedural Motions | 001 |
| 09/30/2013 | 09:30 AM | Motion | Adjourned | Honorable Nancy M. Bannon<br>Part 30 - Procedural Motions | 001 |
| 07/08/2013 | 09:30 AM | Trial: Bench | Rescheduled | Honorable Frank P. Nervo<br>Part 86 - Judge d'Auguste | |
| 07/08/2013 | 09:30 AM | Trial: Bench | Marked Off | Honorable Frank P. Nervo<br>Part 84 - Judge Nervo | |
| 07/08/2013 | 09:30 AM | Trial: Bench | Rescheduled | Honorable Jennifer G. Schecter<br>Part 11 SRL | |
| 03/18/2013 | 11:00 AM | Conference: Pretrial | Adjourned | Honorable Lynn R. Kotler<br>Part 11 SRL | |
| 01/08/2013 | 10:30 AM | Conference: Pretrial | Adjourned | Honorable Lynn R. Kotler<br>Part 11 SRL | |
| 11/01/2012 | 10:30 AM | Conference: Pretrial | Adjourned | Honorable Robert R. Reed<br>Part 11 SRL | |

2945586v3 011082.0151