UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
Patricia J. Ritchie,

        Plaintiff,

 - against -

Northern Leasing Systems, Inc., Lease Finance
Group, LLC, Ricardo Brown, Robert Taylor,
Joseph I. Sussman, Joseph I. Sussman, P.C.,
and Jay Cohen,

        Defendant,
-------------------------------------------------------------------x

12 cv 4992 (KBF)

**AMENDED NOTICE OF APPEAL**

  Notice is hereby given that Plaintiff Ms. Patricia J. Ritchie, in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered in this action on the 29th day of March, 2016 (dkt. 266), which Judgment granted defendants' motion for summary judgment in its entirety, and denied plaintiff's partial motion for summary judgment with respect to Plaintiff's claims, and all the underlying Opinions and Orders, and from each and every portion thereof (save and except that portion of the judgment and order which granted plaintiff's motion for summary judgment on the Counterclaim), including the Order entered on June 9, 2016 (dkt. 284) denying relief under Rule 60(b), Fed. R. Civ. P.

Dated: Ossining, NY
    June 13, 2016

**Chittur & Associates, P.C.**

      Sd/
_____
By: Krishnan Chittur, Esq. (KC 9258)
Central Westchester Business Park
500 Executive Boulevard Suite 305
Ossining, NY 10562
Tel: (914) 944-4400
Fax: (914) 840-8537
Email: kchittur@chittur.com
Attorneys for Plaintiff Ms. Ritchie