# Chittur & Associates, P.C.
## Attorneys & Counsellors at law

500 Executive Boulevard Suite 305
Ossining, New York 10562
Tel: (914) 944-4400 Fax: (914) 840-8537
Web: chittur.com email: kchittur@chittur.com

December 10, 2017

Judge Katherine B. Forrest
United States District Court (S.D.N.Y.)
500 Pearl Street
New York, New York

    Re:    *Ritchie v Northern Leasing,* 12 CV 4992 (KBF)

Your Honor:

    In compliance with Your Honor's Order of December 7, 2017 (dkt. 325), this will confirm the factual contents of the first two paragraphs of the "Suggestion of Bankruptcy", dkt. 323.

                            Respectfully submitted,

                            Sd/-

                            Krishnan S. Chittur, Esq.

Cc:    Moses & Singer LLP (via ecf)