# Chittur & Associates, P.C.

## Attorneys & Counsellors at law

500 Executive Boulevard Suite 305
Ossining, New York 10562
Tel: (914) 944-4400 Fax: (914) 840-8537
Web: chittur.com email: kchittur@chittur.com

December 10, 2017

Judge Katherine B. Forrest
United States District Court (S.D.N.Y.)
500 Pearl Street
New York, New York

      Re:    *Ritchie v Northern Leasing,* 12 CV 4992 (KBF)

Your Honor:

      In compliance with Your Honor's Order of December 7, 2017 (dkt. 325), this will confirm the factual contents of the first two paragraphs of the "Suggestion of Bankruptcy", dkt. 323.

                                              Respectfully submitted,

                                              Sd/-

                                              Krishnan S. Chittur, Esq.

Cc:    Moses & Singer LLP (via ecf)

---

**Order**

Defendants to inform the Court whether they seek to withdraw their motion or pursue their motion? I understand from defendants' motion of 12/6/17 (ECF No. 323) that the bankruptcy case is now resolved. Does that eliminate the basis for the motion?

                                              KBF
                                              SOS   12/11/17