# MOSES & SINGER LLP

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Scott E. Silberfein
Direct Dial: 212.554.7845
Fax: 917.206.4343
E-Mail: ssilberfein@mosessinger.com

December 12, 2017

**Via ECF**
Hon. Katherine B. Forrest
United States District Court
500 Pearl Street, Room 2230
New York, New York  10007-1312

Re:   *Ritchie v. Northern Leasing Systems, Inc. et al*;
      **No. 12-cv-4992 (KBF)**

Dear Judge Forrest:

As directed by the Court (Doc. No. 328), Defendants inform the Court they do not intend to withdraw their sanctions motion against both Mr. Chittur and his firm (ECF Nos. 287-289) at this time.  However, in light of the two bankruptcy cases, both of which are still pending,[1] Defendants are analyzing the extent to which they may need relief from the Bankruptcy Court, if any, to pursue the claims against Mr. Chittur and his firm that are the subject of the pending sanctions motion, which claims primarily involve pre-petition conduct.  Defendants are also analyzing additional claims that have arisen post-petition as a result of the Debtors' failure to notify the Court and the Defendants of the pendency of the two bankruptcy cases.

Consequently, Defendants respectfully request the sanctions motion be held in abeyance at this time.

Respectfully submitted,

MOSES & SINGER LLP

*Scott E. Silberfein*

Scott E. Silberfein

cc:   Krishnan S. Chittur, Esq. (via ECF)

---

[1]   Although an order of discharge was entered in the personal bankruptcy, it is my understanding that the case has not been closed.

3843181v1 011082.0151